UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                          :

KERRON JACK,                                                          :
                                          :

                       Petitioner,   :
                                          :             21-CV-10958 (VSB)
        -against-               :
                                          :
                                          :             **ORDER**

THOMAS R. DECKER. et al.,                                   :
                                          :

                   Respondent.  :
                                          :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      In light of my ruling at Doc. 18, the Clerk of Court is respectfully directed to close this

case.

SO ORDERED.

Dated:      January 16, 2024
               New York, New York

                                                 _____
                                               Vernon S. Broderick
                                                 United States District Judge